# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vrs.<br><br>Kaylar Junior Tawan Beltranlap,<br><br>Defendant. | **CASE NO. 21CR3442-CAB**<br><br>ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon review of the joint motion by the parties and good cause appearing,

IT IS HEREBY ORDERED the joint motion to continue is granted. The motion hearing/trial setting set for April 8, 2022, is continued to July 1, 2022, at 10:30 a.m. Additionally, time is excluded from April 8, 2022 through July 1, 2022 in the interest of justice pursuant to the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  4/5/2022

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE